IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| BIANCA MICHELLE JONES, | ) |
|    Plaintiff, | ) ) ) |
| v. | )    No. 2:24-cv-02325-SHL-cgc ) |
| NELNET SERVICING, LLC, | ) ) |
|    Defendant. | ) |

**ORDER GRANTING JOINT MOTION TO EXTEND DAUBERT MOTION DEADLINE**

The parties seek their fifth extension of a scheduling order deadline. (ECF No. 111.) This time, they request to extend their deadline to file motions to exclude expert witnesses by fourteen days. (Id. at PageID 1884.) The parties' current deadline to file Daubert motions is July 21, the same day as the deadline to depose experts. (Id. at PageID 1884–85.) Despite the time crunch, they state that they diligently tried to make those dates work—as soon as Defendant Nelnet Servicing, LLC disclosed its expert on June 20, Plaintiff Bianca Michelle Jones reached out to schedule a deposition to prevent last minute scheduling issues. (Id. at PageID 1885.) But Nelnet's expert was testifying in another trial during the week of July 7, with no confirmation on when it would end. (Id.) The parties have tentatively scheduled his deposition during the week of July 14 but have not been able to finalize a date because of his busy trial schedule. (Id.) They have also tentatively booked dates the weeks of July 7 and July 14 for the deposition of Jones's expert. (Id.)

Because of the experts' schedules and the time it would take a court reporter to prepare a transcript of the depositions, the parties do not believe they will be able to meet the July 21

deadline to file Daubert motions, which they both intend to do. (Id. at PageID 1885–86.) As the parties are well-aware at this point, the Court may only extend a scheduling order deadline for "good cause." Fed. R. Civ. P. 6(b)(1), 16(b)(4). The Court previously warned the parties that it would not grant any more extensions. (ECF No. 102 at PageID 1673.) But the parties have diligently attempted to meet a difficult deadline and will not be able to do so because of their expert witnesses' schedules. Moreover, the short length of the requested extension is reasonable, and the extension would still give the Court sufficient time to rule on any motions prior to trial. Thus, the joint motion is **GRANTED**. If the parties intend to file Daubert motions, they must do so by **August 4, 2025.**

**IT IS SO ORDERED,** this 11th day of July, 2025.

s/ Sheryl H. Lipman  
SHERYL H. LIPMAN  
CHIEF UNITED STATES DISTRICT JUDGE
