IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| CLARABELLA ALCANTAR, GREGORIO ALCANTAR, ROSALBA ALCANTAR and LESLIE CHAVEZ,<br><br>    Plaintiffs,<br><br>v.<br><br>P.A.M. TRANSPORT, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)   No. 2:24-cv-02528-SHL-atc<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER CONVERTING PRETRIAL CONFERENCE TO STATUS CONFERENCE**

This matter is currently set for a pretrial conference at 1:30 p.m. on October 17, 2025, and trial to begin on October 27, 2025. (See ECF No. 15.) The Court has a criminal trial set to begin on October 27, 2025, which takes precedence over this civil matter. To that end, the Court is hereby converting the October 17 pretrial conference to a status conference, at which it will address when the trial will be rescheduled. The status conference will be held at **2:00 p.m. in Courtroom 1**. When the Court resets the trial date, it will also provide a new deadline for the submission of the Parties' Proposed Joint Pretrial Order, which is no longer due on October 10.

If the Parties consent to trial by magistrate judge, the trial may be able to be conducted on the current schedule or, in any event, sooner than when this Court may be able to reschedule it. To the extent the Parties consent to trial by the magistrate judge, they should indicate in a joint filing on the docket as soon as possible, and shall separately complete form AO 85, and submit it to IntakeTNWD@tnwd.uscourts.gov.

**IT IS SO ORDERED,** this 7th day of October, 2025.

                                                    s/ Sheryl H. Lipman
                                                  SHERYL H. LIPMAN
                                                  CHIEF UNITED STATES DISTRICT JUDGE