IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| CLARABELLA ALCANTAR, GREGORIO ALCANTAR, ROSALBA ALCANTAR and LESLIE CHAVEZ,<br><br>       Plaintiffs,<br><br>v.<br><br>P.A.M. TRANSPORT, INC.,<br><br>       Defendant. | No. 2:24-cv-02528-SHL-atc |

**ORDER GRANTING PLAINTIFFS' MOTION IN LIMINE TO LIMIT TRIAL TESTIMONY OF DEFENDANT'S RECONSTRUCTION EXPERT, BRENT MUNYON**

Before the Court is Plaintiffs Clarabella Alcantar, Gregorio Alcantar, Rosalba Alcantar, and Leslie Chavez's unopposed Motion in Limine to Limit Trial Testimony of Defendant's Reconstruction Expert, Brent Munyon, filed October 6, 2025. (ECF No. 40.) The Motion seeks to limit Munyon's testimony "to those opinions, findings and conclusions expressly set forth in his Rule 26 expert report." (ECF No. 40-1 at PageID 191.)

On April 11, 2025, Defendant P.A.M. Transport, Inc. ("P.A.M."), submitted Munyon's expert report. (See ECF No. 40-3.) After Munyon was not made available for a deposition by the scheduling-order's deadline, Plaintiffs proposed to P.A.M. that, instead of seeking leave to move the deposition deadline, Plaintiffs would agree not to depose Munyon as long as P.A.M. agreed that, at trial, Munyon "will not offer any substantive opinions, conclusions or findings beyond those disclosed within the four corners of his expert report." (ECF No. 40-1 at PageID 192.) P.A.M.'s counsel agreed to those conditions, noting that though "he would be limited to his report anyway." (Id.)

Therefore, for good cause shown, and given the agreement of the Parties, the Motion is

2

**GRANTED**.  Munyon shall be precluded from offering any substantive opinions, findings or conclusions not previously set forth in his April 11, 2025 expert report.

**IT IS SO ORDERED,** this 7th day of October, 2025.

                                              s/ Sheryl H. Lipman  
                                              SHERYL H. LIPMAN  
                                              CHIEF UNITED STATES DISTRICT JUDGE