IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| CLARABELLA ALCANTAR, GREGORIO ALCANTAR, ROSALBA ALCANTAR and LESLIE CHAVEZ,<br><br>        Plaintiffs,<br><br>v.<br><br>P.A.M. TRANSPORT, INC.,<br><br>        Defendant. | No. 2:24-cv-02528-SHL-atc |

**ORDER DENYING UNOPPOSED MOTION FOR LEAVE OF COURT TO ATTEND PRETRIAL CONFERENCE VIRTUALLY AND RESETTING PRETRIAL CONFERENCE**

Before the Court is the Unopposed Motion for Leave of Court to Attend Pretrial Conference Virtually, filed November 3, 2025. (ECF No. 47.) In the Motion, attorney Hannah F. Scruggs asserts that she intends to participate in the trial as counsel for Defendant P.A.M. Transport, Inc. (Id. at PageID 383.) The pretrial conference is set at 9:00 a.m. on February 27, 2025. (ECF No. 46.) Scruggs asserts that she "has a long-standing prior commitment and is currently scheduled to be in Houston, Texas for a wedding on February 26 and 27, 2026." (ECF No. 47 at PageID 383.) Scruggs seeks to attend the pretrial conference virtually.

As the Motion notes, "[t]he Court has ordered that all counsel participating in the trial of this cause must be present in person at the pretrial conference." (Id.) The Court's policy, as articulated at the October 17, 2025 status conference and at every hearing it holds setting trials and pretrial conferences, is that any attorney who plans to participate in a trial in this0p98888;.3428.93248. Court must appear, in person, at the pretrial conference. That policy is never altered and will not be here. The Motion is therefore **DENIED**.

Nevertheless, to accommodate Scruggs, the Court will reset the pretrial conference to

**1:30 p.m. on Wednesday, February 25, 2026**.  All attorneys who plan to participate in the trial of this matter must attend the pretrial conference in person.

    **IT IS SO ORDERED,** this 4th day of November, 2025.

                                   s/ Sheryl H. Lipman
                                   SHERYL H. LIPMAN
                                   CHIEF UNITED STATES DISTRICT JUDGE